UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. ARA KESHISHYAN (1), Defendant. | Case No.: 12CR4352-JLS<br><br>**ORDER REQUIRING RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITION #1 OF SUPERVISED RELEASE** |
|---|---|

On April 25, 2019, Defendant Ara Keshishyan filed a Motion to Modify Standard Condition #1 of Supervised Release (ECF No. 564).  Plaintiff shall any opposition to Defendant's motion by **May 10, 2019**.  At that time, the motion will be deemed submitted.

IT IS SO ORDERED.

Dated:  April 26, 2019

Hon. Janis L. Sammartino
United States District Judge