ROBERT S. BREWER JR.
United States Attorney
BENJAMIN J. KATZ
Assistant U.S. Attorney
California Bar No. 272219
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9604
Fax: (619) 546-0474
Email: benjamin.katz@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARA KESHISHYAN,<br><br>Defendant. | Case No.: 12-cr-4352-JLS<br><br>**RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO MODIFY STANDARD CONDITION #1 OF SUPERVISED RELEASE** |

The UNITED STATES OF AMERICA, by and through its counsel Robert S. Brewer, United States Attorney, and Benjamin J. Katz, Assistant U.S. Attorney, files this Response in Opposition to Defendant's Motion to Modify Standard Condition #1 of Supervised Release. [Dkt. No. 564.]

I.   **FACTUAL BACKGROUND**

On September 12, 2014, this Court sentenced Ara Keshishyan ("Defendant"), who had pleaded guilty to Conspiracy to Commit Bank Fraud, to 57 months' custody to be followed by three years of supervised release. Defendant's supervision commenced on January 5, 2018. On April 24, 2019, Defendant filed his Motion to Modify Standard Condition #1 of Supervised Release ("Defendant's Motion"). In his motion, Defendant claims that being able to travel without getting advanced permission from Probation would allow him to "do [his] job more effectively." Def. Mot. at 5. He

also references "some conferences and other events that I could benefit by attending." *Id.* This response follows.

## II. ARGUMENT

The United States opposes the Defendant's Motion because it is unnecessary at this time. The undersigned has spoken to Defendant's assigned Probation Officer, who reports that she rejected a similar request because Defendant was unable to provide any specific explanation as to how the travel restriction was adversely affecting his employment. The Probation Officer also noted that she is not aware of any travel requests from Defendant that have been denied to date. Furthermore, the Probation Officer stated that she regularly supervises individuals with employment that requires frequent travel on short notice, such as truck drivers, and that she is able to approve employment related travel like this without incident.

Defendant's claims in his motion cites no specific examples of travel needs that cannot be met under the current conditions imposed. As such, based on the information received from his Probation Officer, the United States opposes Defendant's Motion.

## III. CONCLUSION

For the reasons stated above, the Court should deny Defendant's Motion.

DATED: May 16, 2019

                                          Respectfully submitted,

                                          ROBERT S. BREWER
                                          United States Attorney

                                          s/ *Benjamin J. Katz*
                                          BENJAMIN J. KATZ
                                          Assistant United States Attorney