UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ARA KESHISHYAN (1),<br><br>  Defendant. | Case No.: 12CR4352-JLS<br><br>**ORDER DENYING DEFENDANT'S MOTION TO MODIFY STANDARD CONDITION #1 OF SUPERVISED RELEASE**<br><br>[ECF No. 564] |

On April 25, 2019, Defendant Ara Keshishyan filed a motion to modify standard condition #1 of his supervised release. Defendant requests that the condition be modified for employment purposes to permit travel with notification, instead of permission, to neighboring districts in California and the District of Arizona. The Government has filed a response in opposition.[1] Having considered these submissions, the Court will deny Defendant's motion.

Counsel for the Government indicates that he has spoken with Defendant's assigned probation officer and she reports that she regularly supervises individuals with employment that requires frequent travel on short notice and that she is able to approve such requests without incident. Defendant's probation officer further indicates that she is

---

[1] The Government's motion to extend the filing deadline for its response (ECF No. 567) is **Granted**.

1  not aware of any travel requests from Defendant that have been denied.  Thus, the Court
2  agrees with the Government's position that Defendant has not demonstrated a specific
3  need that cannot be met under the current conditions imposed.  Accordingly, Defendant's
4  Motion to Modify Standard Condition #1 of Supervised Release is HEREBY DENIED.
5       IT IS SO ORDERED.
6  Dated:  May 22, 2019

   Hon. Janis L. Sammartino
   United States District Judge